```
 1  Law Office of Melchor E. Quevedo, SBN 103144
    PO Box 122099
 2  Chula Vista, CA  91912
    (619) 426-1241
 3

 4  Attorney for Defendant
    JONATHAN ARREGUIN-OCHOA
 5

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     ) Criminal Case No.10CR1065GT
                                  )
12                                ) SUBSTITUTION OF ATTORNEY
                 Plaintiff,       )
13                                )
         v.                       )
14                                )
    JONATHAN ARREGUIN-OCHOA,      )
15                                )
                 Defendant        )
16  _____)

17  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18  1.   The name of the party making this Substitution of Attorney

19       is the Defendant, JONATHAN ARREGUIN OCHOA.

20
    2.   The name, address and telephone number of the New Attorney
21
         are:
22
         a.   Attorney name: MELCHOR E. QUEVEDO, ESQ.
23       b.   State Bar No. 103144
         c.   Address:  PO BOX 122099
24                      CHULA VISTA, CA 91912
         d.   Telephone No. (619) 426-1241
25
    3.   New Attorney hereby appears in the following matters:
26
         Criminal Case No. 10CR1065GT.
27

28
    Substitution of Attorney                            10CR1065GT
    United States v. Jonathan Arreguin-Ochoa
```

FILED APR 1 6 2010 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY

| | |
|---|---|
| 1 | 4. The New Attorney is substituted as attorney of record in |
| 2 | place and stead of the Present Attorney, GARY L. EDWARDS, |
| 3 | ESQ. |

Dated: 4/14/10  X Jonathan. Arreguin.
 Signature of Defendant

I consent to this substitution. Effective this date I will no longer be associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case.

Dated: 4/14/10  /s/ Gary Edwards
 Signature of Former Attorney

I consent to this substitution. I certify that I am admitted to practice in this court. I should be listed as counsel for the Defendant for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Dated: 4/14/10  Respectfully submitted,

LAW OFFICE OF MELCHOR E. QUEVEDO

/s/
Signature of New Attorney

IT IS SO ORDERED.
DATED: 4-16-10

/s/ Gordon Thompson Jr.
UNITED STATES DISTRICT JUDGE

Substitution of Attorney         - 2 -                        10CR1065GT
United States v. Jonathan Arreguin Ochoa